# UNITED STATES DISTRICT COURT
for the

John Smith
_____
Petitioner

v.

Sheriff Jefferson County
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case No. 1:21 CV 354
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: John H. R. Smith
   (b) Other names you have used: John Smith
2. Place of confinement:
   (a) Name of institution: Jefferson County Correctional Facility
   (b) Address: 5030 Hwy 69 South, Beaumont, TX 77705
   (c) Your identification number: 30 69 13
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☒ Other *(explain):* Probation Hold

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☒ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☒ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: __BEAUMONT PROBATION OFFICE BEAUMONT, TX__

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _____

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: __BEAUMONT PROBATION OFFICE__

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: __NO ANSWER__

   (5) Date of result: _____

   (6) Issues raised: _____

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☒ Yes           ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: __BEAUMONT PROBATION__

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: __SISTER WAS TOLD TO CALL SUPERVISOR ANYTIME__
   (5) Date of result: _____
   (6) Issues raised: __PROBATION OFFICER LIES, PROBATION OFFICER ACTING AS A PROFESSIONAL THERAPIST BUT DOES NOT HAVE A THERAPIST DEGREE OR LICENSE__

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☒ Yes           ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: __AUSTIN PROBATION AUSTIN, TX__

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: __NO ANSWER__
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes  ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes  ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

_____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes  ☒ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes  ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes  ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes  ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes    ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: FAILURE TO CONDUCT A CONFIRMATION TEST
DRUG TESTS ARE NOT RELIABLE WITHOUT A CONFIRMATION TEST
SOMERS VS STATE TEX APP 2012 6/6/2012

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

THE URINE TEST ('DIP STICK) IS NOT ACCURATE. ON ONE SUCH TEST I WAS ACCUSED OF USING MSD AND FAKE WEED BUT THOSE WENT AWAY. ROBOTUSSIN, VICK'S VAPOR, ETC, WILL SHOW POSITIVE FOR USE OF METH. HENCE A SECOND CONFIRMATION TEST SHOULD AND IS MANDATORY IN RE P.M. TEX APP. 2014

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes     ☐ No

**GROUND TWO:** DENIAL OF EQUAL PROTECTION OF THE LAW

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

— PROBATION OFFICER IS BIASED, PREJUDICE, + HAS LIED INTENTIONALLY. I OFFERED NUMEROUS TIMES TO SUBMIT TO BLOOD DRUG TEST BECAUSE THE URINE TEST IS NOT ACCURATE

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes     ☐ No

**GROUND THREE:** CONSPIRACY TO DEPRIVE LIFE, LIBERTY, + PROPERTY

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

BECAUSE OF THE LIE OF ONE PERSON I AM SITTING IN JAIL. PHOTO'S PROVE BEYOND A REASONABLE DOUBT THAT I HAVE INJURIES, BRUISES, SCRATCHS, ETC.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes     ☐ No

Case 1:21-cv-00354-TH-ZJH   Document 1   Filed 07/13/21   Page 8 of 9 PageID #: 8

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes              ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: RELEASE WITH MODIFIED PROBATION AND NEW PROBATION OFFICER WHOM IS NOT MENTALLY IMPAIRED IMMEDIATE RELEASE FROM CUSTODY

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_8-JULY-2021_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _8-JULY-2021_

_John H.R. Smith_
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any