

TES DISTRICT COURT

DISTRICT OF TEXAS

NT DIVISION

§
§            CIVIL ACTION NO. 1:21cv354
§

JDGMENT

norable Thad Heartfield, District Judge, presiding,

a decision having been duly rendered, it is

petition for writ of habeas corpus is **DISMISSED**

ly ruled on are **DENIED**.

field
es District Judge